**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIRAN VUPPALA,     CASE NO: 1:18-cv-07578-RJS

     Plaintiff,

vs.

AHIMSA NYC, INC., a New York
corporation, d/b/a AHIMSA, and
THOMPSON OWNERS CORP.,
A New York corporation,

     Defendants.
_____/

## NOTICE OF SETTLEMENT

     COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, AHIMSA NYC, INC., a New York corporation, d/b/a AHIMSA, and THOMPSON OWNERS CORP., a New York corporation, by and through the respective undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. As such, the parties hereby respectfully request the Conference scheduled for July 12, 2019 be canceled, as this matter has been fully settled.

     Dated: This 11th day of July, 2019.

| | |
|---|---|
| By: /S/ B. Bradley Weitz<br>   B. Bradley Weitz, Esq.<br>   The Weitz Law Firm, P.A.<br>   Bank of America Building<br>   18305 Biscayne Blvd., Suite 214<br>   Aventura, Florida 33160<br>   Telephone: (305) 949-7777<br>   Facsimile: (305) 704-387**7**<br>   Email: bbw@weitzfirm.com<br>   *Attorney for Plaintiff* | By: /S/ Mitchell S. Segal<br>   Mitchell S. Segal, Esq.<br>   Law Offices of Mitchell S. Segal, P.C.<br>   1010 Northern Boulevard, Suite 208<br>   Great Neck, New York 11021<br>   Telephone: (516) 415-0100<br>   Facsimile: (516) 706-6631<br>   Email: msegal@segallegal.com<br>   *Attorney for Ahimsa NYC, Inc.* |
| | By: /S/ Evan A. Richman<br>   Evan A. Richman, Esq.<br>   Fleischner Potash LLP<br>   1527 Franklin Avenue, Suite 200<br>   Mineola, NY 11501<br>   Telephone: (516) 742-2750<br>   Facsimile: (516) 742-4892<br>   Email: erichman@fp.law<br>   *Attorneys for Thompson Owners Corp.* |